IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ROBERT WOJTECKI,**

        Plaintiff,

    v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

        Defendant.

No. CV 09-584-ST

OPINION AND ORDER

**MOSMAN, J.**,

    On July 15, 2010, Magistrate Judge Stewart issued Findings and Recommendation ("F&R") (#22) in the above-captioned case recommending that I reverse the Commissioner's decision and remand this case for an immediate award of benefits. No objections were filed.

## DISCUSSION

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate

PAGE 1 - OPINION AND ORDER

judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation, and I ADOPT the F&R (#22) as my own opinion. The Commissioner's decision is REVERSED, and this case is REMANDED for an immediate award of benefits.

IT IS SO ORDERED.

DATED this  10th   day of August, 2010.

/s/ Michael W. Mosman  
MICHAEL W. MOSMAN  
United States District Court